**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| ZHAOQIONG (JULIE) QIN, | |
| Choose an item., | CIVIL ACTION NO.: 4:24-cv-272 |
| v. | |
| SAVANNAH STATE UNIVERSITY BOARD OF REGENTS, | |
| Choose an item.. | |

## STATUS REPORT

With the discovery period having now concluded in the above captioned case, the Parties make the following report to the Court.

**I.    DISCOVERY**

A.  Is all discovery completed in this case?

☐ Yes          ☒ No

- If "No", please list what discovery is remaining:

**DEPOSITIONS AND DATES**

**DANA DANIELS  -        TUESDAY, OCTOBER 14, 2025          10:00 AM EST**
**FLORA DEVINE  -        TUESDAY, OCTOBER 14, 2025            1:00 PM EST**
**NICOLE CANNONIER -  THURSDAY, OCTOBER 16, 2025        10:00 AM EST**
**MICHAEL FRONMUELLER – THURSDAY, OCTOBER 23, 2025  10:00 AM EST**

B.  Are there any discovery issues which have been or will be brought before the Court for resolution?

☐ Yes          ☒ No

- If "Yes", please briefly explain:

Click here to enter text.

## II.  SETTLEMENT

A. Have the parties made efforts to resolve this case?

☐ Yes        ☒ No

- If "Yes", please explain those efforts:

Click here to enter text.

B. Are the parties prepared to discuss settlement of this case with the Court at this time?

☐ Yes        ☒ No

- If "No", please explain:

Counsel for Defendant needs to evaluate the remaining depositions after completion and evaluate for summary judgment.

C. Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

☒ Yes        ☐ No

- If "Yes", please list those parties:

**DEPARTMENT OF ADMINISTRATIVE SERVICES**

D. The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference. (*Please provide several dates for the Court's consideration in scheduling. Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present.*)

November 10th after 2:00 PM, November 12th, November 13th, and November 14th

### III.    MOTIONS

A.  The Plaintiff(s) anticipate filing the following Motions:

- ☒    None
- ☐    Motion for Summary Judgment
- ☐    Motion to Exclude Expert Testimony
- ☐    Other Motion(s) (Except for Motions in Limine), please explain:

Click here to enter text.

B.  The Defendant(s) anticipate filing the following Motions:

- ☐    None
- ☒    Motion for Summary Judgment
- ☐    Motion to Exclude Expert Testimony
- ☐    Other Motion(s) (Except for Motions in Limine), please explain:

Click here to enter text.

### IV.    ADDITIONAL MATTERS

If there are any other matters regarding this case that the Parties seek to bring to the

Court's attention at this time, please briefly explain:

None at this time.

Dated:  October 13, 2025

*/s/ Ianna Campbell*
IANNA CAMPBELL, Counsel for Plaintiff(s)
Georgia Bar No: 655153
Barrett & Farahany
2921 Piedmont Road, NE
Atlanta, GA   30305
470.704.8502
404.214.0125 - fax
ianna@justiceatwork.com

3

*/s/ G. Todd Carter*
G. TODD CARTER, Counsel for Defendant
Georgia State Bar Number: 113601
Special Assistant Attorney
General for Defendant
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
tcarter@brbcsw.com