# In the United States District Court
## for the Southern District of Georgia
## Savannah Division

| | | |
|---|---|---|
| ZHAOQIONG QIN a/k/a Julie Qin, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CV 424-272 |
| v. | * | |
| | * | |
| SAVANNAH STATE UNIVERSITY BOARD OF REGENTS, | * | |
| | * | |
| Defendant. | * | |

**ORDER**

The undersigned hereby recuses herself from handling this case. The matter is hereby transferred to Chief Judge R. Stan Baker for further disposition.

**SO ORDERED**, this 21st day of May, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA